| United States Bankruptcy Court<br>Southern District of Texas<br>Houston Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Genesis Producing Company, L.P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **26-0755856** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1413 Brittmoore Road**<br>**Houston, TX**<br>ZIP CODE **77043-4005** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Harris County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☒ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:
_____

Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Genesis Producing Company, L.P.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **Southern District of Texas, Houston Div.** | Case Number:<br>**13-32422-H4-11** | Date Filed:<br>**04/25/2013** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | **X  Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Genesis Producing Company, L.P.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐    I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐    Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X <u>Not Applicable</u><br>      Signature of Debtor<br><br>X <u>Not Applicable</u><br>      Signature of Joint Debtor<br><br>_____<br>      Telephone Number (If not represented by attorney)<br><br>_____<br>      Date | X <u>Not Applicable</u><br>      (Signature of Foreign Representative)<br><br>_____<br>      (Printed Name of Foreign Representative)<br><br>_____<br>      Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X **/s/ Margaret M. McClure**<br>      Signature of Attorney for Debtor(s)<br><br>**Margaret M. McClure  Bar No.  00787997**<br>      Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Law Office of Margaret M. McClure**<br>      Firm Name<br><br>**909 Fannin, Suite 3810 Houston, TX 77010**<br>      Address<br><br>**713-659-1333          713-658-0334**<br>      Telephone Number<br>**7/18/2013**<br>      Date<br>      *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>      Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>      Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>      Address<br><br>X **Not Applicable**<br>      Date<br>      Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **s/ John Morgan Smith, President of GP**<br>      Signature of Authorized Individual<br><br>**John Morgan Smith, President of GP**<br>      Printed Name of Authorized Individual<br><br>**J. Morgan Smith, Inc.**<br>      Title of Authorized Individual<br><br>**7/18/2013**<br>      Date | |

# United States Bankruptcy Court

## Southern District of Texas

### Houston Division

In re:                                                          Case No. _____

                                                               Chapter    **11**

**Genesis Producing Company, L.P.**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **John Morgan Smith**, declare under penalty of perjury that I am the **President of GP, J. Morgan Smith, Inc.** of **Genesis Producing Company, L.P.,** a **Texas** Partnership and that on **04/25/2013** the following resolution was duly adopted by the **General Partner** of this Partnership:

"Whereas, it is in the best interest of this Partnership to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **John Morgan Smith, President of GP**, **J. Morgan Smith, Inc.** of this Partnership, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Partnership; and

Be It Further Resolved, that **John Morgan Smith, President of GP**, **J. Morgan Smith, Inc.** of this Partnership, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Partnership, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Partnership in connection with such bankruptcy case; and

Be It Further Resolved, that **John Morgan Smith, President of GP**, J. Morgan Smith, Inc. of this Partnership, is authorized and directed to employ **Margaret M. McClure**, attorney and the law firm of **Law Office of Margaret M. McClure** to represent the Partnership in such bankruptcy case."

Executed on:  **7/18/2013** _____

Signed:   **s/ John Morgan Smith, President of GP** _____
          **John Morgan Smith**

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court
## Southern District of Texas
## Houston Division

In re  **Genesis Producing Company, L.P.** _____ ,          Case No. _____

                                             Debtor                                  Chapter    **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 4 | $         0.00 | | |
| B - Personal Property | YES | 4 | $    416,798.88 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $      3,817.94 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $         0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $    440,455.83 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 18 | $    416,798.88 | $    444,273.77 | |

**B6A (Official Form 6A) (12/07)**

In re: __Genesis Producing Company, L.P._____     Case No. _____
_____                          **(If known)**
                              **Debtor**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Bee County, Texas  --  Partial Owner of Oil and Gas Mineral Lease: 9 acres, more or less, out of the Patrick Carroll Survey, Abstract No. 12 and the John Martin Survey, Abstract No. 586 (80% Ownership Interest)** | | | **Unknown** | **$     0.00** |
| **Bee County, Texas  --  Partial Owner of Oil and Gas Mineral Lease: 35 acres, more or less, out of the Patrick Carroll Survey, Abstract No. 12 and the John Martin Survey, Abstract No. 586 (80% Ownership Interest)** | | | **Unknown** | **$     0.00** |
| **Bee County, Texas  --  Partial Owner of Oil and Gas Mineral Lease:  43.13 acres of land, more or less, being comprised of 2.42 acres out of the John Martin Survey, Abstract No. 586 and 40.71 acres out of the Patrick Carroll Survey, Abstract No. 12. (80% Ownership Interest)** | | | **Unknown** | **$     0.00** |
| **Bee County, Texas  --  Partial Owner of Oil and Gas Mineral Lease: 43.13 acres, more or less, being comprised of 1.74 acres of the Giles Carter Survey, Abstract No. 516; 12.36 acres out of the E. Perez Survey, Abstract No. 271; 19.09 acres out of the John Martin Survey, Abstract No. 586, and 9.94 acres out of the Patrick Carroll Survey, Abstract No. 12. (80% Ownership Interest)** | | | **Unknown** | **$     0.00** |
| **Bee County, Texas  --  Partial Owner of Oil and Gas Mineral Lease: 140.9 acres, more or less, being Block Nos. 12, 13, and 14 of a subdivision of 3,795.93 acres, known as the Wangemann Ranch, out of the Elizabeth Perez Pre-emption Survey, Bee County, Texas (80% Ownership Interest)** | | | **Unknown** | **$     0.00** |
| **Chambers County, Texas: Easement - State Lease 20060063, Ref:  1048, 178, P/E T Branch Survey A-40 granted by Chambers/Liberty Counties Navigation District (100% Ownership Interest)** | | | **Unknown** | **$     0.00** |

B6A (Official Form 6A) (12/07) - Cont.

In re: __Genesis Producing Company, L.P._____     Case No. _____
                        Debtor                                                          (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Chambers County, Texas: Easement State Tract 108, 109 (100% Ownership Interest)** | | | **Unknown** | **$      0.00** |
| **Chambers County, Texas: Platform Lease - State Tract 109, Galveston Bay (100% Ownership Interest)** | | | **Unknown** | **$      0.00** |
| **Hidalgo and Starr Counties, Texas -- Partial Owner of Oil and Gas Mineral Lease below 6100': 542.6 acres San Jose Grant A-575 of Hidalgo and Starr Co. (50% Ownership Interest - Est.)** | | | **Unknown** | **$      0.00** |
| **Jefferson Parish, LA -- Partial Owner of Producing Oil and Gas Mineral Lease: State Lease 18441 No. 1 situated in Section 8, Township 18 South, Range 24 East (Three Bayou Bay) - (22.875% Ownership Interest)** | | | **Unknown** | **$      0.00** |
| **Liberty County, Texas -- Partial owner of Oil and Gas Mineral Lease: Property ID: 11338   Geographic ID: 000022-000301-006 Property Address: CR-158 NE TX (13.3375% Ownership Interest)** | | | **Unknown** | **$      0.00** |
| **Liberty County, Texas -- Partial owner of Oil and Gas Mineral Lease: Property ID: 30512   Geographic ID: 000526-000010-009-UDI Property Address:  East of FM 770 (13.3375% Ownership Interest)** | | | **Unknown** | **$      0.00** |
| **Liberty County, Texas -- Partial owner of Oil and Gas Mineral Lease: Property ID: 30524   Geographic ID: 000526-000023-000 Property Address:  East of FM 770 (13.3375% Ownership Interest)** | | | **Unknown** | **$      0.00** |
| **Liberty County, Texas -- Partial owner of Oil and Gas Mineral Lease: Property ID: 10996   Geographic ID: 000022-000018-001-UDI Property Address: West of FM 770 (13.3375% Ownership Interest)** | | | **Unknown** | **$      0.00** |

**B6A (Official Form 6A) (12/07) - Cont.**

In re: **Genesis Producing Company, L.P.**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Liberty County, Texas -- Partial owner of Oil and Gas Mineral Lease: Property ID: 11011  Geographic ID: 000022-000028-008 Property Address:  West of 770 (13.3375% Ownership Interest) | | | Unknown | $     0.00 |
| Liberty County, Texas -- Partial owner of Oil and Gas Mineral Lease: Property ID: 11046  Geographic ID: 000022-000063-006 UDI Property Address:  North of CR 184 (13.3375% Ownership Interest) | | | Unknown | $     0.00 |
| Liberty County, Texas -- Partial owner of Oil and Gas Mineral Lease: Property ID: 11461  Geographic ID: 000022-000388-008 Property Address:  off of TX CR 158 (13.3375% Ownership Interest) | | | Unknown | $     0.00 |
| Liberty County, Texas -- Partial owner of Oil and Gas Mineral Lease: Property ID: 11340  Geographic ID: 000022-000303-002 Property Address:  TX CR 1660 (13.3375% Ownership Interest) | | | Unknown | $     0.00 |
| Liberty County, Texas -- Partial owner of Oil and Gas Mineral Lease: Property ID: 11148  Geographic ID: 000022-000150-001 UDI Property Address:  West of FM 770 (13.3375% Ownership Interest) | | | Unknown | $     0.00 |
| Liberty County, Texas -- Partial owner of Oil and Gas Mineral Lease: Property ID:  200089  Geographic ID: 000022-000150-001 Property Address:  West of FM 770 (13.3375% Ownership Interest) | | | Unknown | $     0.00 |
| Liberty County, Texas -- Partial owner of Oil and Gas Mineral Lease: Property ID:  201114  Geographic ID: 000022-000063-006 Property Address:  North of CR 184 (13.3375% Ownership Interest) | | | Unknown | $     0.00 |

**B6A (Official Form 6A) (12/07) - Cont.**

In re:  **Genesis Producing Company, L.P.**

Case No. _____

Debtor

(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Liberty County, Texas -- Partial owner of Oil and Gas Mineral Lease: Property ID:  20100755  Geographic ID: 30017483000-013079-R Property Address:  Mineral (13.3375% Ownership Interest)** | | | **Unknown** | **$     0.00** |
| **Nueces County, Texas -- Partial Owner of Oil and Gas Mineral Leases: 160 acres, more or less, being the Southeast Quarter (SE/4)  Section 12, Laureles Farm Tracts as shown by map recorded in Volume 3, Page 15, Map Records of Nueces Co., TX (23% Ownership Interest)** | | | **Unknown** | **$     0.00** |
| **St. Landry Parish, LA -- Partial Owner Producing Oil and Gas Mineral Lease: State Lease 13893 - Delano Plantation, Elba Field (This ownership will be DISPUTED) - (5% Ownership Interest)** | | | **Unknown** | **$     0.00** |

Total ➢ **0.00**

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Genesis Producing Company, L.P.**                              ,          Case No. _____
                        Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Debtor-in-possession Checking Account - Prosperity Bank, account no. ...6431** | | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable owed by A.L. Herndon, 222 E. Main Plaza, San Antonio, TX  78205** | | 63,231.49 |
| Accounts receivable. | | **Accounts receivable owed by Anchor International of Texas, 18618 Tuscany Stone, Suite 100, San Antonio, TX 78258** | | 12,937.22 |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Genesis Producing Company, L.P.** ,                              Case No. _____
                                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | | **Accounts receivable owed by Crawford Investments, LLC, 503 Windhaven Lane, Lafayette, LA 70506** | | **8,934.81** |
| Accounts receivable. | | **Accounts receivable owed by Erwin Energy Corp., 2917 Avalon Place, Houston, TX 77019** | | **2,020.00** |
| Accounts receivable. | | **Accounts receivable owed by JR Team Energy Enterprises** | | **13,402.21** |
| Accounts receivable. | | **Accounts receivable owed by Kossak Oil & Gas, LP, 730 5th Ave,. Suite 1901, New York, NY 10019** | | **1,294.36** |
| Accounts receivable. | | **Accounts receivable owed by Kristen Brinson** | | **6,242.94** |
| Accounts receivable. | | **Accounts receivable owed by K-Sam Oil Co., Attn: Michael Krasner, 5844 Norway Road, Dallas, TX 75230** | | **1,786.97** |
| Accounts receivable. | | **Accounts receivable owed by Milvian Bridge Finance, LLC, 2929 Allen Parkway, Suite 3250, Houston, TX 77019-7119** | | **Unknown** |
| Accounts receivable. | | **Accounts receivable owed by Phillip N. Bell, 217 Bayridge Drive, Corpus Christi, TX 78411** | | **1,900.00** |
| Accounts receivable. | | **Accounts receivable owed by Prolific Energy LLC, Attn: John Seale, 13465 Midway Road, Suite 320, Dallas, TX 75244** | | **13,402.21** |
| Accounts receivable. | | **Accounts receivable owed by R.L. Zinn, et al, Ltd., 3400 Bissonnet, Suite 250, Houston, TX 77005** | | **1,225.41** |
| Accounts receivable. | | **Accounts receivable owed by Randel Stutes** | | **1,798.38** |
| Accounts receivable. | | **Accounts receivable owed by Smith Big Oil Corporation, c/o Mr. Todd M. Smith, 8015 Golden Harbour, Missouri City, TX 77459** | | **1,177.34** |
| Accounts receivable. | | **Accounts receivable owed by Square Mile Energy, 5847 San Felipe, Houston, TX 77057 (Approximate amount owed)** | | **118,000.00** |
| Accounts receivable. | | **Accounts receivable owed by Sulfer River, LP** | | **3,923.54** |
| Accounts receivable. | | **Accounts receivable owed by Terry Boutte, 6107 Waxwing Road, Erath, LA 70533** | | **8,041.32** |
| Accounts receivable. | | **Accounts receivable owed by the Estate of Holly O'Shea** | | **80,289.96** |
| Accounts receivable. | | **Accounts receivable owed by Tortuga Ventures LLC, 215 Kincaid Court, Lafayette, LA 70508** | | **13,402.21** |
| Accounts receivable. | | **Accounts receivable owed by Voorhees Oil Properties LLC, P.O. Box 52917, Lafayette, LA 70505** | | **505.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Genesis Producing Company, L.P.**                    ,          Case No. _____
                           Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | | **Accounts receivable owed by Weiser Brown Oil Co., P.O. Box 500, Magnolia, AR  71753** | | **1,225.41** |
| Accounts receivable. | | **Amounts owed to Debtor by Todd M. Smith, 8015 Golden Harbour, Missouri City, TX 77459 for insurance premium reimbursement from 2008 through 2011** | | **60,758.10** |
| Accounts receivable. | | **Cash held in the registry of the 152nd Judicial District Court, Harris County, Texas, in Cause No. . 2012-30652, In Re: Genesis Producing Company, L.P. vs. Smith Big Oil Corporation; Todd M. Smith; and James A. Whitson, Jr. ($99,615.81 plus damages)** | | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer** | | **500.00** |
| Office equipment, furnishings, and supplies. | | **Office Equipment, Furnishings and Supplies** | | **600.00** |

**B6B (Official Form 6B) (12/07) -- Cont.**

**In re**   **Genesis Producing Company, L.P.**_____,   **Case No.** _____

   **Debtor**                                                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_3_   continuation sheets attached                      Total   ➢   **$ 416,798.88**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  **Genesis Producing Company, L.P.**                              .        Case No. _____
                                    **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 3,677.83 | 0.00 |
| **Aransas County, et al** **c/o Ms. Diane Wade Sanders** **Linebarger Goggan Blair & Sampson, LLP** **P.O. Box 17428** **Austin, TX 78760-7428** **Aransas County, et al** **c/o Ms. Diane Wade Sanders** **Linebarger Goggan Blair & Sampson, LLP** **2700 Via Fortuna, Suite 400** **Austin, TX 78746** | | | **Property Taxes** _____ **VALUE $0.00** | | | | | |
| ACCOUNT NO. | | | | | | | 140.11 | 0.00 |
| **Nueces County, et al** **c/o Ms. Diane Wade Sanders** **Linebarger Goggan Blair & Sampson, LLP** **P.O. Box 17428** **Austin, TX 78760-7428** **Nueces County, et al** **c/o Ms. Diane Wade Sanders** **Linebarger Goggan Blair & Sampson, LLP** **2700 Via Fortuna, Suite 400** **Austin, TX 78746** | | | **Property Taxes** _____ **VALUE $0.00** | | | | | |

0      continuation sheets
       attached

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $     3,817.94 | $          0.00 |
| $     3,817.94 | $          0.00 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (4/10)**

In re  **Genesis Producing Company, L.P.**　　　　　　　　　　　　　　　Case No. ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑　Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑　**Domestic Support Obligations**

　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑　**Extensions of credit in an involuntary case**

　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑　**Wages, salaries, and commissions**

　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑　**Contributions to employee benefit plans**

　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑　**Certain farmers and fishermen**

　Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑　**Deposits by individuals**

　Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑　**Taxes and Certain Other Debts Owed to Governmental Units**

　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑　**Commitments to Maintain the Capital of an Insured Depository Institution**

　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑　**Claims for Death or Personal Injury While Debtor Was Intoxicated**

　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

　* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re __Genesis Producing Company, L.P._____     Case No. _____
                                        Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Texas Comptroller of Public Accounts c/o Office of the Attorney General P.O. Box 12548 Austin, TX 78711-2548**<br><br>**Texas Comptroller of Public Accounts 111 E. 17th Street Austin, TX 78774-0100**<br><br>**Texas Comptroller of Public Accounts Franchise Tax Section P.O. Box 149348 Austin, TX 78714-9348** | | | | | | | **Unknown** | **Unknown** | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤<br>(Totals of this page) | $                0.00 | $                0.00 | $                0.00 |
| Total  ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $                0.00 | | |
| Total  ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $                0.00 | $                0.00 |

B6F (Official Form 6F) (12/07)

In re   **Genesis Producing Company, L.P.** _____

Case No. _____

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | | | | | | | **22,000.00** |
| ACCOUNT NO.<br><br>**Anchor International of Texas, L.P.**<br>**c/o Mr. Henry Grun**<br>**Attorney at Law**<br>**222 Main Plaza East**<br>**San Antonio, TX 78205**<br><br>**Anchor International of Texas, L.P.**<br>**18618 Tuscany Stone, Suite 100**<br>**San Antonio, TX 78258** | | | **Lawsuit claiming own land** | X | X | X | **Unknown** |
| ACCOUNT NO.   **...11-07**<br><br>**Chambers-Liberty Counties**<br>**Navigation District**<br>**211 Miller Street**<br>**P.O. Box 518**<br>**Anahuac, TX 77514** | | | **Coastal easement fee** | | | | **750.00** |
| ACCOUNT NO.<br><br>**Cypress Propane**<br>**P.O. Box 455**<br>**Mamou, LA 70554** | | | | | | | **1,657.72** |

_4_   Continuation sheets attached

Subtotal   ➢   $   **24,407.72**

Total   ➢   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Producing Company, L.P.**                                    Case No. _____
                          Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 28,605.36 |
| Derrick Construction 205 S. Cove Harbor Rockport, TX 78382 | | | Copono Bay | | | | |
| ACCOUNT NO. | | | | X | X | X | Unknown |
| EOG Resources, Inc. c/o Mr. Ronald A. Simank Schaur & Simank, P.C. 615 N. Upper Broadway, Suite 700 Corpus Christi, TX 78401-0178  EOG Resources, Inc. c/o Mr. Ronald A. Simank Schaur & Simank, P.C. 615 N. Upper Broadway, Suite 2000 Corpus Christi, TX 78401  EOG Resources, Inc. 539 N. Carancahua, Suite 900 Corpus Christi, TX 78401 | | | Lawsuit in Nueces County - Intervened in Smith lawsuit | | | | |
| ACCOUNT NO. | | | | | | X | 7,000.00 |
| Guichard Operating P.O. Box 2000 Crowley, LA 70527 | | | Dry hole expense "Sorrento" | | | | |
| ACCOUNT NO. | | | | | | X | 28,000.00 |
| Helmers Directional Drilling P.O. Box 1670 Gretna, LA 70053 | | | Dry hole expense "Sorrento" | | | | |

_4_  Continuation sheets attached

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                63,605.36

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Producing Company, L.P.**                                  Case No. _____
                    Debtor                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Jeffrey Tompkins Law** <br> **1413 Brittmoore Road** <br> **Houston, TX 77043-4005** | | | **State Court representation in Genesis vs. Smith lawsuit, and Layton vs. Genesis - Estimated amount owed** | | | | **35,000.00** |
| ACCOUNT NO. <br><br> **Marian K. Gieger** <br> **1714 Target Court** <br> **Houston, TX 77043-3505** | | | **Legal fees/bankruptcy fees** | | | | **17,426.00** |
| ACCOUNT NO. <br><br> **Milvian Bridge Finance, LLC** <br> **2929 Allen Parkway, Suite 3250** <br> **Houston, TX 77019-7119** | | | **Took over operations of the CRC/Sorrento well in 2011** | X | X | X | **Unknown** |
| ACCOUNT NO. <br><br> **Mr. & Mrs. John Morgan Smith** <br> **2314 Robinsons Ferry** <br> **Sugar Land, TX 77479** | | | **Owed for payment of debt to Layton Energy Company - Estimated amount owed: $125,000.00; and Owed for payment of 2012 Franchise Taxes: $9,203.02; and Owed for payment of 2013 operating expenses: $1,000.00 +** | | | | **135,203.02** |

\_\_4\_\_  Continuation sheets attached

Sheet no. \_2\_ of \_4\_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $ | **187,629.02**

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Genesis Producing Company, L.P.** _____   Case No. _____
                                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 12,513.73 |
| Oilfield Innovators Limited, LLC c/o Mr. Alfred J. Thomas, III 3609 Ambassador Caffery Pkwy., Suite C Lafayette, LA 70503<br><br>Oilfield Innovators Limited, LLC 315 S. College Road, Suite 285 Lafayette, LA 70503 | | | | | | | |
| ACCOUNT NO. | | | | X | X | X | Unknown |
| Phillip N. Bell 217 Bayridge Drive Corpus Christi, TX 78411 | | | | | | | |
| ACCOUNT NO. | | | | | | | 32,000.00 |
| Robert W. Johnson, Jr. Attorney at Law 4802 Everhart P.O. Box 60161 Corpus Christi, TX 78466 | | | **Attorney for Debtor in EOG lawsuit and Anchor vs. Genesis - Estimated amount owed** | | | | |
| ACCOUNT NO. | | | | | | X | 7,000.00 |
| Steve Kent Trucking, Inc. c/o Mr. Zachary Aaron Copp The Copp Law Firm, PC 901 Main Street, Suite 6300 Dallas, TX 75202<br><br>Steve Kent Trucking, Inc. 2202 Main Street Logansport, LA 71049<br><br>Steve Kent Trucking, Inc. Attn: Mr. Pete Goff 7967 Office Park Blvd. Baton Rouge, LA 70809 | | | **Judgment for dry hole expense "Sorrento"** | | | | |

_4_   Continuation sheets attached

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                     51,513.73

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  __Genesis Producing Company, L.P._____    Case No. _____

Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 3,300.00 |
| **Triple B Energy** 2314 Robinsons Ferry Sugar Land, TX 77479 | | | Company owned by Beverly Smith, Wife of Debtor's Limited Partner, John Morgan Smith (Loan in February, 2012) | | | | |
| ACCOUNT NO. | | | | | | | 110,000.00 |
| **Triple B Energy** 2314 Robinsons Ferry Sugar Land, TX 77479 | | | Company owned by Beverly Smith, Wife of Debtor's Limited Partner, John Morgan Smith (Loan in January, 2011) | | | | |
| ACCOUNT NO. | | | | | | X | Unknown |
| **Weatherford US, LP** 7721 Pinemont Houston, TX 77040 | | | | | | | |

_4_  Continuation sheets attached

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ 113,300.00

Total  ➤  $ 440,455.83

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:  __Genesis Producing Company, L.P.__ .        Case No. _____
                          **Debtor**                                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

❑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **SEE ATTACHED LIST** | |

# Genesis Producing Company L.P._1
## 14 Active Easements

| Lessee | Category | GLO ID | Lease Status | Effective | Expiration | Short Project Description |
|---|---|---|---|---|---|---|
| Genesis Producing Company L.P. | Coastal | ME20040043 | Active | 3/1/2004 | 2/28/2014 | one (1) 3.5 inch O.D. pipeline for the purpose of transporting oil and gas |
| Genesis Producing Company L.P. | Coastal | ME20060061 | Active | 3/1/2006 | 2/29/2016 | one (1) inactive 6.625 inch O.D. pipeline previously used for the purpose of transporting natural gas |
| Genesis Producing Company L.P. | Coastal | ME20060062 | Active | 3/1/2006 | 2/29/2016 | one (1) inactive 6.625 inch O.D. pipeline previoulsy used for the purpose of transporting natural gas with associated liquids |
| Genesis Producing Company L.P. | Coastal | ME20060063 | Active | 3/1/2006 | 2/29/2016 | one (1) inactive 4.5 inch O.D. pipeline previosly used for the purpose of transporting natural gas and associated liquids |
| Genesis Producing Company L.P. | Coastal | ME20090109 | Active | 9/1/2009 | 8/31/2029 | two (2) 2.875-inch O.D. inactive pipelines |
| Genesis Producing Company L.P. | Coastal | ME20090110 | Active | 9/1/2009 | 8/31/2029 | two (2) 2.875-inch O.D. inactive pipelines |
| Genesis Producing Company L.P. | Coastal | ME20090111 | Active | 9/1/2009 | 8/31/2029 | one (1) 2.875-inch O.D. inactive pipeline |
| Genesis Producing Company L.P. | Coastal | ME20090112 | Active | 9/1/2009 | 8/31/2029 | two (2) 2.875-inch O.D. inactive pipelines |
| Genesis Producing Company L.P. | Coastal | ME20090113 | Active | 9/1/2009 | 8/31/2029 | two (2) 2.875-inch O.D. inactive pipelines |
| Genesis Producing Company L.P. | Coastal | ME20090114 | Active | 9/1/2009 | 8/31/2029 | one (1) 2.875-inch O.D. inactive pipeline |
| Genesis Producing Company L.P. | Coastal | ME20090115 | Active | 9/1/2009 | 8/31/2029 | one (1) 2.875-inch O.D. inactive pipeline |
| Genesis Producing Company L.P. | Coastal | ME20090116 | Active | 9/1/2009 | 8/31/2029 | two (2) 2.875 inch O.D. inactive pipelines |
| Genesis Producing Company L.P. | Coastal | ME20090117 | Active | 9/1/2009 | 8/31/2029 | one (1) 2.875-inch O.D. inactive pipeline |
| Genesis Producing Company L.P. | Coastal | ME830188 | Active | 12/1/2003 | 11/30/2013 | one (1) inactive 3.5-inch O.D. pipeline and one (1) inactive 4.5-inch O.D. pipeline, both previously used for the purpose of transporting oil and gas |

Page 1 of 1

**B6H (Official Form 6H) (12/07)**

**In re:**  **Genesis Producing Company, L.P.**
_____
                    **Debtor**

**Case No.**  _____
                              **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Genesis Producing Company, L.P.**                                      Case No. _____
                          Debtor                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **John Morgan Smith, President of GP**, the **J. Morgan Smith, Inc.** of the **Partnership** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **19**                  sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date    **7/18/2013**                          Signature:    **s/ John Morgan Smith, President of GP**                    

                                                                    **John Morgan Smith, President of GP J. Morgan Smith, Inc.**
                                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# United States Bankruptcy Court
## Southern District of Texas
### Houston Division

In re:    **Genesis Producing Company, L.P.**                                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **J. Morgan Smith, Inc.**<br>**1413 Brittmoore Road**<br>**Houston, TX 77043-4005** | | **1% ownership** | **Gen. Ptnr.** |
| **John Morgan Smith**<br>**2314 Robinsons Ferry**<br>**Sugar Land, TX 77479** | | **99% ownership** | **Ltd. Ptnr.** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **John Morgan Smith, President of GP**, **J. Morgan Smith, Inc.** of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   <u>7/18/2013</u>                                    **s/ John Morgan Smith, President of GP**

**John Morgan Smith, President of GP, J. Morgan Smith, Inc., Genesis Producing Company, L.P.**

~~Debtor~~

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7)(12/12)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

In re: **Genesis Producing Company, L.P.**    Case No _____
<br>              Debtor                                     (if known)

## STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

    **1.  Income from employment or operation of business**

None □

      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| **2013** | **To be determined by C.P.A.** | **Gross income** |
| **2012** | **To be determined by C.P.A.** | **Gross income** |
| **2011** | **To be determined by C.P.A.** | **Gross income** |

**2. Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT  |  SOURCE  |
|---|---|

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[1]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

[1] *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Genesis Producing Company, L.P. vs. Smith Big Oil Corporation; Todd M. Smith; and James A. Whitson, Jr.**<br><br>**Case No. 2012-30652** | **Lawsuit** | **152nd Judicial District Court, Harris County, Texas** | **Active** |
| **EOG Resources, Inc. vs. Genesis Producing Co., LP**<br><br>**Case No. 2011-CCV-62314-4** | **Lawsuit** | **County Court at Law No. 4, Nueces County, Texas** | **Active** |
| **Anchor International of Texas, LP vs. Genesis Producing Company, LP**<br><br>**Case No. A-12-0169-CV-B** | **Lawsuit** | **156th Judicial District Court, Aransas County, Texas** | **Active** |

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Prosperity Bank** | **11/8/2012** | **14+ acres, Aransas County, Texas** |

**5. Repossessions, foreclosures and returns**

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Margaret M. McClure Attorney at Law 909 Fannin, Suite 3810 Houston, Texas 77010** | **April 25, 2013 paid by Marian K. Gieger, the mother-in-law of John Morgan Smith, who is President of the Debtor's General Partner, J. Morgan Smith, Inc. and who also has 99% ownership of the Debtor as its Limited Partner.** | **$17,426.00** |
| | **$1,213.00 was also paid to me by Marian K. Gieger on July 18, 2013.** | |
| | **$11,469.56 of the retainer has been earned pre-petition leaving a retainer balance of $5,956.44.** | |
| **Patricia Constant Corpus Christi, TX** | **June, 2012** | **$2,250.00** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Bell Oil & Gas, Inc.**<br>**217 Bayridge Drive**<br>**Corpus Christi, TX 78411** | **6/1/2012** | **5% working interest in Louisiana State Lease 13893 (Elba)** |
| **Beverly Smith, Wife of John Morgan Smith, President of J. Morgan Smith, Inc., General Partner of Debtor**<br>**2314 Robinsons Ferry**<br>**Sugar Land, TX 77479** | | **Sold her Chrysler 300C and gave the proceeds from the sale to the Debtor in exchange for Debtor's Hyundai that John Morgan Smith could no longer drive, and considered the exchange an even swap** |
| **Smith Big Oil Corporation**<br>**c/o Mr. Todd M. Smith**<br>**8015 Golden Harbour**<br>**Missouri City, TX 77459** | **9/29/2011** | **Contract that is the subject of the lawsuit, Case No. 2012-30652, In Re: Genesis Producing Company, L.P. vs. Smith Big Oil Corporation; Todd M. Smith; and James A. Whitson, Jr., in the 152nd Judicial District Court, Harris County, Texas** |

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Prosperity Bank**<br>**1735 Lake Pointe Parkway**<br>**Sugar Land, TX 77478** | **Checking account no. ...8381** | **Closed on June 19, 2013 with balance of ten cents** |

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 500 N. Shoreline Blvd., #320 Corpus Christi, TX 78401 | Genesis Producing Company, L.P. | Through May, 2012 |
| 2105 Crescent Drive Rockport, TX 78382 | Genesis Producing Company, L.P. | May, 2012 - May, 2013 |

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of Any former spouse who resides or resided with the debtor in the community property state.

NAME:

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or

formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Genesis Producing Company, L.P.** | **26-0755856** | **1413 Brittmoore Road, Houston, TX 77043-4005** | **Oil and gas production in South Texas and Louisiana** | **Began: 1973 and changed to Limited Partnership on 8/21/2007** |

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kay Altheide**<br>**305 Wood Avenue**<br>**Woodsboro, TX 78393** | **On and off for past 20 years**<br>**and ending in April, 2012** |

**Note:  Did not return all records**

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Beverly Smith** | **2314 Robinsons Ferry**<br>**Sugar Land, TX 77479** |
| **Robert R. Bolding, C.P.A.** | **7941 Katy Freeway, #301**<br>**Houston, TX 77024** |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Prosperity Bank** | |

---

### 20. Inventories

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT<br>OF INVENTORY<br>(Specify cost, market or other<br>basis) |
|---|---|---|

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES<br>OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **J. Morgan Smith, Inc.** **1413 Brittmoore Road** **Houston, TX 77043-4005** | **General Partner/** **Managing Partner** | **1% ownership** |
| **John Morgan Smith** **2314 Robinsons Ferry** **Sugar Land, TX 77479** | **Limited Partner** | **99% ownership** |

None
☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22. Former partners, officers, directors and shareholders

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☒

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                              TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs
and any attachments thereto and that they are true and correct.

Date **7/18/2013**

Signature
of Debtor       **/s/ John Morgan Smith, President of GP, J. Morgan Smith, Inc.**

Date

Signature of
Joint Debtor
(if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 203
(12/94)

### UNITED STATES BANKRUPTCY COURT
### Southern District of Texas
### Houston Division

In re:      **Genesis Producing Company, L.P.**        Case No. _____

                         Debtor        Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 17,426.00 |
| Prior to the filing of this statement I have received | $ | 17,426.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

    ☐ Debtor          ☑ Other (specify)      **$16,213.00 was paid on April 25, 2013 by Marian K. Gieger, the mother-in-law of John Morgan Smith, who is President of the Debtor's General Partner, J. Morgan Smith, Inc. and who also has 99% ownership of the Debtor as its Limited Partner.  (SEE BELOW)**

3. The source of compensation to be paid to me is:

    ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)     Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)     Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)     Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)     [Other provisions as needed]

         **$1,213.00 was also paid to me by Marian K. Gieger on July 18, 2013.  $11,469.56 of the retainer has been earned pre-petition leaving a retainer balance of $5,956.44.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **7/18/2013**

**/s/ Margaret M. McClure**
**Margaret M. McClure, Bar No.  00787997**

**Law Office of Margaret M. McClure**
Attorney for Debtor(s)

Genesis Producing Company, L.P.
1413 Brittmoore Road
Houston, TX 77043-4005


American Express
P.O. Box 650448
Dallas, TX 75265-0448


Anchor International of Texas, L.P.
18618 Tuscany Stone, Suite 100
San Antonio, TX 78258


Anchor International of Texas, L.P.
c/o Mr. Henry Grun
Attorney at Law
222 Main Plaza East
San Antonio, TX 78205


Aransas County, et al
c/o Ms. Diane Wade Sanders
Linebarger Goggan Blair & Sampson, LLP
2700 Via Fortuna, Suite 400
Austin, TX 78746


Aransas County, et al
c/o Ms. Diane Wade Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428


Nueces County, et al
c/o Ms. Diane Wade Sanders
Linebarger Goggan Blair & Sampson, LLP
2700 Via Fortuna, Suite 400
Austin, TX 78746


Chambers-Liberty Counties
Navigation District
211 Miller Street
P.O. Box 518
Anahuac, TX 77514

Cypress Propane
P.O. Box 455
Mamou, LA 70554

Derrick Construction
205 S. Cove Harbor
Rockport, TX 78382


EOG Resources, Inc.
539 N. Carancahua, Suite 900
Corpus Christi, TX 78401


EOG Resources, Inc.
c/o Mr. Ronald A. Simank
Schaur & Simank, P.C.
615 N. Upper Broadway, Suite 2000
Corpus Christi, TX 78401


EOG Resources, Inc.
c/o Mr. Ronald A. Simank
Schaur & Simank, P.C.
615 N. Upper Broadway, Suite 700
Corpus Christi, TX 78401-0178


Texas Comptroller of Public Accounts
Franchise Tax Section
P.O. Box 149348
Austin, TX 78714-9348


Guichard Operating
P.O. Box 2000
Crowley, LA 70527


Helmers Directional Drilling
P.O. Box 1670
Gretna, LA 70053


Jeffrey Tompkins Law
1413 Brittmoore Road
Houston, TX 77043-4005


Marian K. Gieger
1714 Target Court
Houston, TX 77043-3505

Milvian Bridge Finance, LLC
2929 Allen Parkway, Suite 3250
Houston, TX 77019-7119


Mr. & Mrs. John Morgan Smith
2314 Robinsons Ferry
Sugar Land, TX 77479


Nueces County, et al
c/o Ms. Diane Wade Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428


Oilfield Innovators Limited, LLC
c/o Mr. Alfred J. Thomas, III
3609 Ambassador Caffery Pkwy., Suite C
Lafayette, LA 70503


Oilfield Innovators Limited, LLC
315 S. College Road, Suite 285
Lafayette, LA 70503


Phillip N. Bell
217 Bayridge Drive
Corpus Christi, TX 78411


Robert W. Johnson, Jr.
Attorney at Law
4802 Everhart
P.O. Box 60161
Corpus Christi, TX 78466


Steve Kent Trucking, Inc.
c/o Mr. Zachary Aaron Copp
The Copp Law Firm, PC
901 Main Street, Suite 6300
Dallas, TX 75202

Steve Kent Trucking, Inc.
2202 Main Street
Logansport, LA 71049

Steve Kent Trucking, Inc.
Attn: Mr. Pete Goff
7967 Office Park Blvd.
Baton Rouge, LA 70809


Texas Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774-0100


Texas Comptroller of Public Accounts
c/o Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548


Triple B Energy
2314 Robinsons Ferry
Sugar Land, TX 77479


Weatherford US, LP
7721 Pinemont
Houston, TX 77040

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Genesis Producing Company, L.P.**                              Case No. _____

                                    **Debtor**                          Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **6** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **7/18/2013** _____          Signed: **s/ John Morgan Smith, President of GP**
                                                  **John Morgan Smith, President of GP**

Signed:   **/s/ Margaret M. McClure** _____
          **Margaret M. McClure**
          Attorney for Debtor(s)
          Bar no.:        **00787997**
          **Law Office of Margaret M. McClure**
          **909 Fannin, Suite 3810**
          **Houston, TX 77010**
          Telephone No.:   **713-659-1333**
          Fax No.:         **713-658-0334**
          E-mail address:   **Margaret@mmmcclurelaw.com**