IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| GENESIS PRODUCING CO., LP, <br>     DEBTOR IN POSSESSION | § § § | CASE NO. 13-34374-H4-11 |

_____

| | | |
|---|---|---|
| GENESIS PRODUCING <br> COMPANY, LP | § § § | |
| VS | § § | |
| SMITH BIG OIL CORPORATION, <br> TODD M. SMITH, J. MORGAN SMITH, <br> PHILIP N. BELL and JAMES A. <br> WHITSON | § § § § § | ADVERSARY NO. _____ |

TEMPORARY RESTRAINING ORDER

Upon the complaint of Plaintiff, GENESIS PRODUCING CO, LP, Debtor herein, and the Affidavit of J. MORGAN SMITH, president of J. MORGAN SMITH, INC., a Texas corporation, the general partner of GENESIS PRODUCING CO. LP, a Texas limited partnership, and it clearly appearing from said complaint and affidavit that unless TODD M SMITH and SMITH BIG OIL CORP., Defendants, are temporarily stayed and enjoined from receiving all of the assets of the Debtor, immediate, irreparable injury, loss or damage will result to the plaintiff and its creditors in that plaintiff will be denied the protection afforded it pursuant to the United States Bankruptcy Code and will result in the loss of all of the property of the estate; and that such temporary restraining order should be issued, and that no bond be required pursuant to Bankruptcy Rule 7065; it is

ORDERED, that a hearing to determine whether or not to grant a preliminary injunction shall be held before the undersigned in Courtroom No. 600, 515 Rusk Avenue, Houston, Texas, on August _____, 2013, at _____ _____.

ORDERED that unless otherwise ordered by this court, TODD M. SMITH, SMITH BIG OIL CORP., its agents, attorneys, employees and successors be and they are hereby temporarily restrained from using, transferring or releasing any of the assets of the Debtor, including the funds in the registry of the 152nd Judicial District Court of Harris County, Texas under Cause No. 2012-30652.

FURTHER ORDERED that all funds now in the registry of said Court be paid over by the clerk to the Registry of this court and any future sums due from Whitson because of Plaintiff's ownership of Louisiana State lease 18441 also shall be paid into the Registry of this court.

ENTERED this _____ day of August, 2013, at _____ o'clock ____.m.

_____
JEFF BOHM
CHIEF UNITED BANKRUPTCY JUDGE